**Harold B. and Jean C. DAHL, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

**No. 74–3461.**

United States Court of Appeals, Ninth Circuit.

Nov. 7, 1975.

Mr. and Mrs. Harold Dahl in pro. per.

Scott P. Crampton, Asst. Atty. Gen., Gilbert E. Andrews, Chief, Appellate Section, Thomas Crowe, Atty., Dept. of Justice, Washington, D. C., for respondent-appellee.

OPINION

Before BROWNING and CHOY, Circuit Judges, and LUCAS,* District Judge.

PER CURIAM:

In this review of a Tax Court decision upholding a deficiency assessed under the imputed interest provisions of 26 U.S.C. § 483, we affirm for the reasons stated in the Tax Court opinion below. *Harold B. & Jean C. Dahl*, 43 P–H Tax Ct.Mem. 755 (1974). The Dahls were not entitled to a jury trial before the Tax Court. See *Olshausen v. C. I. R.*, 273 F.2d 23, 28 (9th Cir. 1959), *cert. denied*, 363 U.S. 820, 80 S.Ct. 1256, 4 L.Ed.2d 1517 (1960).

Affirmed.

* Honorable Malcolm M. Lucas, United States District Judge for the Central District of California, sitting by designation.